IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANTHONY JOHNSON                                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO. 1:14-cv-00071-GHD-DAS

BRANDON DAVIDSON, City of Aberdeen,
Mississippi Police Officer; CECIL BELLE,
City of Aberdeen, Mississippi Mayor; and
Liability Insurers of Each Defendant                                              DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is therefore ORDERED that:

1) the Report and Recommendation [4] of the United States Magistrate Judge dated June 9, 2014 is hereby approved and adopted as the opinion of the Court with the additional findings in the Court's opinion issued this day;

2) Plaintiff's motion to proceed *in forma pauperis* [2] is DENIED; and

3) the case is DISMISSED WITH PREJUDICE.

SO ORDERED, this, the 7 day of July, 2014.

_____
SENIOR JUDGE